No. 73–5333.  GRECO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–5350.  WAHRLICH v. ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 73–5351.  HUNT v. ARIZONA.  C. A. 9th Cir.  Certiorari denied.

No. 73–5363.  HARRINGTON v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 72–1624.  CLAYTOR v. RUNGE ET AL.  C. A. 9th Cir.  Motion to dispense with printing petition granted. Certiorari denied.

No. 72–6918.  MOORE v. NEW YORK.  Ct. App. N. Y. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6933.  BETHEL v. FLORIDA.  Sup. Ct. Fla. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–109.  MILLENSON v. NEW HOTEL MONTELEONE, INC.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–325.  BROWN ET UX. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5012.  MAUCH v. SALMON, JUDGE.  Sup. Ct. Mich.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.